IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| v. | ) | No. 08-CR-274 (ESH) |
| | ) ) ) ) | |
| KEVIN A. RING | ) ) | |

## MOTION FOR COURT TO RECOMMEND APPROPRIATE FACILITY AND TO SET SURRENDER DATE

Mr. Ring's appeals have now been exhausted and the mandate should issue soon. *See* Sup. Ct. 16.3; Fed. R. App. P. 41(d)(2)(D). He now requests that the Court recommend an appropriate BOP facility and that it set a self-surrender date of January 2, 2014.

**Recommended Facility:** In his sentencing memorandum, Mr. Ring asked the Court, if it denied the stay, to include a specific recommendation as to the place of confinement, as well as a self-surrender date. Although a recommendation of a particular BOP facility is just that, the BOP follows judicial recommendations over 85% of the time, and is required to consider a judge's recommendation. *See* 18 U.S.C. § 3621(b)(4)(B). The most important consideration in any recommendation would be to ensure that Mr. Ring is placed in an appropriate facility within a three hour drive from Washington, D.C. Doing so would mitigate the impact of his incarceration on his small children. Using these criteria, the most appropriate facilities are (1) the Federal Prison Camp at Cumberland, Maryland; (2) the Federal Prison Camp at Petersburg, Virginia, or (3) the Federal Prison Camp at Fairton, New Jersey, in that order. Each facility is within a three hour drive of Washington, and offers Prison camp facilities that are appropriate to

Mr. Ring's lack of any prior history and non-violent offense. The Court should amend its judgment of conviction to include the names of the specific recommended facilities, to ensure that if one or more of the facilities are not available, the Bureau of Prisons will have other recommended options from which to choose.

**Self-Surrender Date:** Mr. Ring also seeks a self-surrender date no earlier than January 2, 2014. Mr. Ring has spent the time since sentencing make every arrangement possible in the event of his incarceration. Some things, however, cannot be done in advance, however. Now that the Supreme Court has denied certiorari and made incarceration imminent, Mr. Ring must make final arrangements for his daughters' living situation, secure the necessary financial support for them during his absence, arrange for necessary professional counseling and academic support, and other tasks related to ensuring that the necessary affairs are in order to limit the collateral damage to the girls. Mr. Ring is an ideal self-surrender candidate; he has honored his release conditions impeccably for more than four years, and his continuing ties to the community and to his family ensure that he will fully comply with the terms of any self-surrender order.

Respectfully Submitted,

/s/ Andrew T. Wise
Andrew T. Wise (D.C. Bar # 456865)
Timothy P. O'Toole (D.C. Bar # 469800)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, DC 20005-5701
Tel.: (202) 626-5800
Fax: (202) 626-5801
Email: awise@milchev.com
Email: totoole@milchev.com

*Attorneys for Kevin A. Ring*

Dated: October 7, 2013