IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,   )
                            )
                            )
                            )
v.                          )   No. 08-CR-274 (ESH)
                            )
                            )
                            )
                            )
KEVIN A. RING               )
                            )

FILED
OCT - 9 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### [~~PROPOSED~~] ORDER

Upon consideration of Defendant's Motion for Court to Recommend Appropriate Facility and to Set Surrender Date, and for good cause shown, it is hereby:

ORDERED that Defendant's Motion is GRANTED. The Bureau of Prison shall consider placing Mr. Ring in an appropriate facility within a three hour drive of Washington, D.C., with strong consideration for one of these facilities:

(1) the Federal Prison Camp at Cumberland, Maryland;

(2) the Federal Prison Camp at Petersburg, Virginia, or

(3) the Federal Prison Camp at Fairton, New Jersey.

It is further ORDERED that the Defendant shall self-surrender no earlier than January 2, 2014.

DATED: 10/8, 2013

Ellen S. Huvelle
United States District Court Judge