IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 1:08-CR-274 (ESH) |
| ) | |
| KEVIN A. RING ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE REPLY IN SUPPORT OF MOTION TO UNSEAL**

Kevin A. Ring, through undersigned counsel, respectfully moves this Court for a one-week extension of time within which to file his reply in support of his pending motion to unseal. The reply is currently due to be filed on January 16, 2014.  The defense proposes that the due date for these filings be extended to and including January 23, 2014.  The government has no objection to the requested extension.

In support of the motion, Mr. Ring submits the following:

1. On December 23, 2013, Mr. Ring filed a motion to unseal a portion of the reverse proffer presented to him by the government prior to his indictment.  DE 314.

2. On January 6, 2014, the government filed an opposition to Mr. Ring's motion. DE 315.

3. A reply is currently due on January 16, 2014.

4. During the short reply period, the undersigned counsel have several court and work-related travel obligations, including what is anticipated to be an extensive hearing in Pennsylvania, and a capital case related matter in South Carolina.  As a result, counsel's schedule will impede the preparation of a proper reply by the current due date.

1368143.1

WHEREFORE, for the foregoing reasons, Kevin A. Ring respectfully moves this Honorable Court to grant the extension requested as set forth in the attached proposed order.

Respectfully submitted,

/s/ Andrew T. Wise
Andrew T. Wise (D.C. Bar # 456865)
Timothy P. O'Toole (D.C. Bar # 469800)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, DC  20005-5701
Tel. (202) 626-5800
Fax. (202) 626-5801
Email:  awise@milchev.com
Email:  totoole@milchev.com

*Attorneys for Kevin A. Ring*

Dated: January 7, 2014